IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **OMEGA NAVIGATION ENTERPRISES,** | § | **Case No. [11-      ]** |
| **INC., et al.,**[1] | § | |
| | § | **Joint Administration Requested** |
| **Debtors.** | § | **Chapter 11** |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION TO EXTEND TIME TO
FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
AND STATEMENT OF FINANCIAL AFFAIRS**

The Court has considered the Debtors' Emergency Motion to Extend Time to File

Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases,

and Statement of Financial Affairs (the "Motion").[2]  The Court finds that notice of the Motion is

sufficient under the circumstances and that the requested relief should be granted.  Accordingly,

it is therefore:

ORDERED that the Motion is GRANTED as described herein; and it is further

---

[1] The Debtors in these chapter 11 cases are Omega Navigation Enterprises, Inc.; Galveston Navigation Inc.; Beaumont Navigation Inc.; Carrolton Navigation Inc.; Decatur Navigation Inc.; Elgin Navigation Inc.; Fulton Navigation Inc.; Orange Navigation Inc.; Baytown Navigation Inc.; and Omega Navigation (USA) LLC.

[2] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Motion.

HOUSTON\3416481.1

-2-

ORDERED that the deadline under Rule 1007(c) of the Federal Rules of Bankruptcy Procedure for the Debtors to file their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statement of financial affairs is extended so that the Debtors have a total of forty-five (45) days from the initiation of these bankruptcy cases to file such documents.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE