# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In Re: § <br> § <br> **OMEGA NAVIGATION ENTERPRISES,** § <br> **INC., et al.,**[1] § <br> § <br> Debtors. § | Case No. [11-    ] <br><br> Joint Administration Requested <br> Chapter 11 |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS[2]

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Name of claim (trade debt, bank Loan, government contract, etc.) | Indicate if claim is contingent unliquidated, disputed, or subject to setoff | Amount of Claim |
| 1 | V SHIPS UK LTD <br> Skypark, 8 ElLIOT Place, Sky Park <br> Glascow g3 8ep | | | | $ 276,986 |
| 2 | Ernst & Young (Hellas) S.A. <br> 11 Th Km National Road Athens <br> Lamia, GR 14451 <br> Metamorfosis, Athens Greece | | | | $ 248,675 |
| 3 | Ulysses Systems UK Limited <br> C/O Ulysses Hellas SA <br> 23 Aghiou Spyridonos street 18535 <br> Piraeus <br> Greece | | | | $ 244,660 |

---

[1] The Debtors in these chapter 11 cases are Omega Navigation Enterprises, Inc.; Galveston Navigation, Inc.; Beaumont Navigation, Inc.; Carrolton Navigation, Inc.; Decatur Navigation, Inc.; Elgin Navigation, Inc.; Fulton Navigation, Inc.; Orange Navigation, Inc.; Baytown Navigation, Inc.; and Omega Navigation (USA) LLC.

[2] Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

|   | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 4 | Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004 | | | | $ 176,746 |
| 5 | Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142 | | | | $ 171,916 |
| 6 | Baluco S.A.<br>182 Androutsou Street<br>18535 Piraeus<br>Greece | | | | $ 155,305 |
| 7 | Tuzla Shipyard<br>Evliya Celebi Mahallesi Tersaneler<br>Caddesi, Turkey | | | | $ 143,333 |
| 8 | Amphitron- Group of Companies<br>7 Magalou Alexandrou & Kariskaki<br>Street 16452 Argyroupolis<br>Greece | | | | $ 128,092 |
| 9 | American Bureau of Shipping<br>Airport Corporate Center<br>7677 Oakport Street<br>Suite 850<br>Oakland, CA 94621 | | | | $ 117,898 |
| 10 | Vanos S.A.<br>Dhm. Mitsopoulou 96 & Serifou Tk<br>18541 Piraeus<br>Greece | | | | $ 87,608 |
| 11 | Hill Dickinson LLP<br>Irongate House,<br>Duke's Place<br>London EC3A 7Hx | | | | $ 84,817 |
| 12 | Capital Link, Inc.<br>230 Park Ave.<br>Suite 1536<br>New York, NY 10169 | | | | $ 68,000 |
| 13 | Gulf Marine & Industries Supplies (Hellas), Inc.<br>80 Broad Street<br>Monrovia, Liberia | | | | $ 62,108 |
| 14 | Saacke GMBH<br>Sudweststrabe 13<br>28237 Bremen | | | | $ 57,469 |
| 15 | STAVROS KASSIDIARIS S.A.<br>Aghialou 97 & Egaleo 73, 18544<br>Piraeus | | | | $ 53,742 |
| 16 | Cosco (Shanghai) Shipyard Co. Ltd<br>2600 Longwu Road, Shanghai 200231,<br>China | | | | $ 53,700 |

|    | (1) | (2) | (3) | (4) | (5) |
|----|-----|-----|-----|-----|-----|
| 17 | Associated Marine Adjusters<br>Merarchias 2<br>185<br>35 Piraeus | | | | $ 51,023 |
| 18 | Cosmos Marine Management SA<br>74 Epameinondas str, 17674 Kallithea, Greece | | | | $ 49,853 |
| 19 | JOTUN PAINTS (EUROPE) LTD<br>Stather Road, Flixborough, North Lincs, DN15 8RR | | | | $ 49,636 |
| 20 | MAERSK BROKER K/S<br>1 MIDTERMOLEN , DK-2100 COPENHAGEN | | | | $ 49,223 |
| 21 | Moran Shipping Agencies, Inc.<br>106 Frencis Street<br>Providence, RI 02903-1117 | | | | $ 40,651 |
| 22 | Aktina Travel<br>26 Filellinon Street 105<br>58 Athens | | | | $ 39,923 |
| 23 | THE INTERNATIONAL ASSOCIATION OF INDEPENDENT TANKER OWNERS<br>Nedre Vollgate 4, P.O. Box 761, Sentrum N-0106 Oslo, Norway | | | | $ 38,046 |
| 24 | CHUGOKU PAINTS LTD<br>Sluisweg 12, P.O. Box 73, 4793 ZH, Fijanart, Holland, NETHERLANDS | | | | $ 37,262 |
| 25 | Aalborg Industries A/S<br>Gasvaerkvej 24 PO BOX 844<br>9100 Aalborg Denmark | | | | $ 34,161 |
| 26 | Maymar Marine Supply<br>308 Delmas Ave.<br>Pascagoula, MS 39567<br>P.O. Box 351 | | | | $ 33,864 |
| 27 | Lloyds Register Inspection Limited<br>71 FENCHURCH STREET, EC3M 4 BS LONDON, UK | | | | $ 32,896 |
| 28 | O'Briens Response Management Inc,<br>2929 e.imperial hwy suite 290<br>Brea California 92821 | | | | $ 31,361 |
| 29 | Gulf Marine & Industries Supplies Inc.<br>5501 Jefferson HWY, Suite 116, New Orleans, LA 70123 USA | | | | $ 30,498 |

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 30 | Inchape Shipping Services<br>11 North Water Street, Suite 9290,<br>Mobile, Alabama |  |  |  | $ 29,655 |
|  | TOTAL |  |  |  | $ 2,679,106 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, Charilaos Loukopoulos, Secretary of Omega Navigation Enterprises, Inc., declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: July 8 , 2011

By /s/ _____
Charilaos Loukopoulos
Secretary

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 8, 2011 a true and correct copy of this document was served on all parties on the attached master service list by electronic means as listed on the court's ECF noticing system, by electronic mail as indicated, and by United States first class mail, postage prepaid.

*/s/ Jason G. Cohen*
Jason G. Cohen