**Omega Navigation Enterprises, Inc.**
**Summary of Vessel Insurance by Coverage**

### Protection and Indemnity ("P&I") / Freight, Demurrage and Defense Insurance ("FDD")

| Vessel Owner | P&I Coverage Limit | FDD Coverage Limit | Carrier Information | Policy No. | Policy Term | Payment Method | Unpaid Pre-Petition Premiums |
|---|---|---|---|---|---|---|---|
| Beaumont Navigation Inc. | $1 billion per incident | $5 million per dispute | North of England P&I Association Limited | 2011/4127-ZZ | 2/20/2011 - 2/20/2012 | Directly to carrier (in installments) | None |
| Galveston Navigation Inc. | $1 billion per incident | $5 million per dispute | North of England P&I Association Limited | 2011/4128-ZZ | 3/31/2011 - 2/20/2012 | Directly to carrier (in installments) | None |
| Baytown Navigation Inc. | $1 billion per incident | $5 million per dispute | Assuranceforeningen SKULD | 20416793 | 2/20/2011 - 2/20/2012 | Directly to carrier (in installments) | None |
| Carrolton Navigation Inc. | $1 billion per incident | $5 million per dispute | Assuranceforeningen SKULD | 20416793 | 2/20/2011 - 2/20/2012 | Directly to carrier (in installments) | None |
| Decatur Navigation Inc. | $1 billion per incident | $5 million per dispute | Assuranceforeningen SKULD | 20416793 | 2/20/2011 - 2/20/2012 | Directly to carrier (in installments) | None |
| Elgin Navigation Inc. | $1 billion per incident | $5 million per dispute | Assuranceforeningen SKULD | 20416793 | 2/20/2011 - 2/20/2012 | Directly to carrier (in installments) | None |
| Fulton Navigation Inc. | $1 billion per incident | $5 million per dispute | Assuranceforeningen SKULD | 20416793 | 2/20/2011 - 2/20/2012 | Directly to carrier (in installments) | None |
| Orange Navigation Inc. | $1 billion per incident | $5 million per dispute | Assuranceforeningen SKULD | 20416793 | 2/20/2011 - 2/20/2012 | Directly to carrier (in installments) | None |

## Omega Navigation Enterprises, Inc.
## Summary of Vessel Insurance by Coverage

**Hull and Machinery (described by market placement)**

| | | | |
|---|---|---|---|
| **Placement Market and Percentage** | Norway – 47.5% | Italy – 37.5% | Greece – 15% |
| **Policy Number** | Cover Note No. 20110223 | Cover Note No. PHB0016911 | To be provided |
| **Policy Term** | 5/29/2011-11/29/2012 (18 months) | 5/29/2011-11/29/2012 (18 months) | 5/29/2011-11/29/2012 (18 months) |
| **Insurance Broker** | Henschien Insurance Services Ltd. A.S. | Cambiaso Risso Marine Spa | IBA Ltd. |
| **Carrier and Percentage of Total Value Insured** | 1. Gard Marine & Energy Limited, Bergen – 14.0%<br>2. HDI-Gerling Industries – 13.5%<br>3. Mitsui Sumitomo Ins. Co. (EU) Ltd. - 5.0%<br>4. Starr Marine Agency, Inc. – 7.5%<br>5. Groupama Transport (France) – 7.5% | 1. SIAT Societa Italiana Ass.ni Riass.ni S.p.A. – 10.0%<br>2. Assicurazioni Generali S.p.A. – 9.5%<br>3. Alleanza Toro S.p.A. – 9.0%<br>4. Ina-Assitalia S.p.A. – 9.0% | 1. Hellenic Hull Mutual Association Plc. – 5%<br>2. London market (breakdown to be provided) – 10% |
| **Coverage Limit** | Based on value of vessel and percentage insured. | Based on value of vessel and percentage insured. | Based on value of vessel and percentage insured. |
| **Method of Payment** | Payment through broker (in installments) | Payment through broker (in installments) | Payment directly to carrier (in installments) |
| **Unpaid Pre-petition Premiums** | $70,776 | $50,222 | $6,415 |

**Omega Navigation Enterprises, Inc.**
**Summary of Vessel Insurance by Coverage**

**Increased Value  (described by market placement)**

| | | |
|---|---|---|
| **Placement Market and Percentage** | Norway – 62.5% | Italy – 37.5% |
| **Policy Number** | Cover Note No. 20110225 | Cover Note No. PHB 0016911 |
| **Policy Term** | 5/29/2011-11/29/2012 (18 months) | 5/29/2011-11/29/2012 (18 months) |
| **Insurance Broker** | Henschien Insurance Services Ltd. A.S. | Cambiaso Risso Marine Spa |
| **Carrier and Percentage of Total Value Insured** | 1. Gard Marine & Energy Limited, Bergen – 47.5%<br><br>2. Groupama Transport (France) – 7.5%<br><br>3. Starr Marine Agency, Inc. – 7.5% | SIAT Societa Italiana Ass.ni Riass.ni S.p.A. – 37.5% |
| **Coverage Limit** | Based on value of vessel and percentage insured. | Based on value of vessel and percentage insured. |
| **Method of Payment** | Payment through broker (in installments) | Payment through broker (in installments) |
| **Unpaid Pre-petition Premiums** | $4,734 | $3,457 |

# Omega Navigation Enterprises, Inc.
## Summary of Vessel Insurance by Coverage

**War Risks Insurance**

| Vessel Owner | Coverage Limit | Carrier Information | Policy No. | Policy Term | Payment Method | Unpaid Pre-Petition Premiums |
|---|---|---|---|---|---|---|
| Beaumont Navigation Inc. | Based on value of vessel insured | Hellenic Mutual War Risks Association | 215728/2011 | 1/1/2011 - 12/31/2011 | Directly to carrier (in installments) | None |
| Galveston Navigation Inc. | Based on value of vessel insured | Hellenic Mutual War Risks Association | 215729/2011 | 1/1/2011 - 12/31/2011 | Directly to carrier (in installments) | $35,878 |
| Baytown Navigation Inc. | Based on value of vessel insured | Hellenic Mutual War Risks Association | 215973/2011 | 1/1/2011 - 12/31/2011 | Directly to carrier (in installments) | $43 |
| Carrolton Navigation Inc. | Based on value of vessel insured | Hellenic Mutual War Risks Association | 215731/2011 | 1/1/2011 - 12/31/2011 | Directly to carrier (in installments) | None |
| Decatur Navigation Inc. | Based on value of vessel insured | Hellenic Mutual War Risks Association | 215730/2011 | 1/1/2011 - 12/31/2011 | Directly to carrier (in installments) | None |
| Elgin Navigation Inc. | Based on value of vessel insured | Hellenic Mutual War Risks Association | 215727/2011 | 1/1/2011 - 12/31/2011 | Directly to carrier (in installments) | $176,081 |
| Fulton Navigation Inc. | Based on value of vessel insured | Hellenic Mutual War Risks Association | 215726/2011 | 1/1/2011 - 12/31/2011 | Directly to carrier (in installments) | None |
| Orange Navigation Inc. | Based on value of vessel insured | Hellenic Mutual War Risks Association | 215919/2011 | 1/1/2011 - 12/31/2011 | Directly to carrier (in installments) | $40,395 |

**Omega Navigation Enterprises, Inc.**
**Summary of Vessel Insurance by Coverage**

**Loss of Hire**

| Vessel Owner | Coverage Limit / Daily Amount Per Vessel | Carrier Information | Policy No. | Policy Term | Method of Payment |
|---|---|---|---|---|---|
| Beaumont Navigation Inc. | 76 days of vessel declared daily amount of $25,500.00 | Gard Marine & Energy Limited, Bergen | 20110227 | 5/29/2011-11/29/2012 | Payment through broker, Henschien Insurance Services Ltd. A.S. |
| Galveston Navigation Inc. | 76 days of vessel declared daily amount of $25,500.00 | Gard Marine & Energy Limited, Bergen | 20110227 | 5/29/2011-11/29/2012 | Payment through broker, Henschien Insurance Services Ltd. A.S. |
| Carrolton Navigation Inc. | 76 days of vessel declared daily amount of $15,000.00 | Gard Marine & Energy Limited, Bergen | 20110227 | 5/29/2011-11/29/2012 | Payment through broker, Henschien Insurance Services Ltd. A.S. |
| Fulton Navigation Inc. | 76 days of vessel declared daily amount of $15,000.00 | Gard Marine & Energy Limited, Bergen | 20110227 | 5/29/2011-11/29/2012 | Payment through broker, Henschien Insurance Services Ltd. A.S. |
| Orange Navigation Inc. | 76 days of vessel declared daily amount of $16,000.00 | Gard Marine & Energy Limited, Bergen | 20110227 | 5/29/2011-11/29/2012 | Payment through broker, Henschien Insurance Services Ltd. A.S. |
| **Unpaid Pre-petition Premiums** | $71,445 | | | | |