**EXHIBIT A**

**LIST OF DEBTORS BANK ACCOUNTS BY BORROWER / GUARANTOR**

| BANK | CURRENCY | ACCOUNT NO | VESSEL/COMPANY | BALANCE AS OF June 30, 2011 |
|---|---|---|---|---|
| BREMER | USD | XXXXX70006 | OMEGA NAVIGATION ENTERPRISES INC | 61.86 |
| CITIBANK | USD | XXXXX9212 | OMEGA NAVIGATION USA LLC | 830.00 |
| HSH NORDBANK | USD | XXXXX15551 | OMEGA NAVIGATION ENTERPRISES INC | 131.73 |
| HSH NORDBANK | USD | XXXXX33822 | OMEGA EMMANUEL | 723.74 |
| HSH NORDBANK | USD | XXXXX13263 | OMEGA PRINCESS | 537.48 |
| HSH NORDBANK | USD | XXXXX33844 | OMEGA THEODORE | 736.69 |
| HSH NORDBANK | USD | XXXXX13345 | OMEGA KING | 571.25 |
| HSH NORDBANK | USD | XXXXX13364 | OMEGA LADY SARAH | 435.49 |
| HSH NORDBANK | USD | XXXXX13386 | OMEGA LADYMIRIAM | 713.44 |
| HSH NORDBANK | USD | XXXXX13285 | OMEGA PRINCE | 64,467.42 |
| HSH NORDBANK | USD | XXXXX13244 | OMEGA QUEEN | 636.16 |
| HSH NORDBANK (SWAP ACCOUNT) | USD | XXXXX13339 | OMEGA NAVIGATION ENTERPRISES INC | 102.92 |
| MARFIN EGNATIA BANK | USD | XXXXX9422 | OMEGA NAVIGATION ENTERPRISES INC | 113,940.21 |
| MARFIN EGNATIA BANK | EURO | XXXXX7423 | OMEGA NAVIGATION ENTERPRISES INC | 526.31 |
| PIRAEUS BANK | USD | XXXX-XXXX86-230 | OMEGA NAVIGATION ENTERPRISES INC | 2,556.89 |
| PIRAEUS BANK | EURO | XXXX-XXXX86-191 | OMEGA NAVIGATION ENTERPRISES INC | 125.71 |