IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| OMEGA NAVIGATION ENTERPRISES, INC., et al.,[1] | § § § | Case No. [11-     ] |
| | § | Joint Administration Requested |
| Debtors. | § | Chapter 11 |

**FACSIMILE NOTICE OF BANKRUPTCY FILINGS AND NOTICE OF HEARING ON "FIRST DAY" MOTIONS**

PLEASE TAKE NOTICE that the following entities have filed petitions for relief under chapter 11 of title 11 of the United States Code in the Bankruptcy Court for the Southern District of Texas, Houston Division:

| | |
|---|---|
| **OMEGA NAVIGATION ENTERPRISES, INC.;** | Case No. 11-35927 |
| **GALVESTON NAVIGATION INC.;** | Case No. 11-35928 |
| **BEAUMONT NAVIGATION INC.;** | Case No. 11-35930 |
| **CARROLTON NAVIGATION INC.;** | Case No. 11-35931 |
| **DECATUR NAVIGATION INC.;** | Case No. 11-35933 |
| **ELGIN NAVIGATION INC.;** | Case No. 11-35934 |
| **FULTON NAVIGATION INC.;** | Case No. 11-35936 |
| **ORANGE NAVIGATION INC.;** | Case No. 11-35937 |
| **BAYTOWN NAVIGATION INC.;** | Case No. 11-35926 |
| **OMEGA NAVIGATION (USA) LLC.** | Case No. 11-35938 |

PLEASE TAKE FURTHER NOTICE that a hearing will be held on July 11, 2011, at 12:00 p.m. before the Honorable Karen K. Brown in courtroom 403, 515 Rusk, Houston, Texas 77002 on the following "First Day" motions filed by the above-captioned Debtors:

---

[1] The Debtors in these chapter 11 cases are Omega Navigation Enterprises, Inc.; Galveston Navigation Inc.; Beaumont Navigation Inc.; Carrolton Navigation Inc.; Decatur Navigation Inc.; Elgin Navigation Inc.; Fulton Navigation Inc.; Orange Navigation Inc.; Baytown Navigation Inc.; and Omega Navigation (USA) LLC.

1. Emergency Motion Pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases (doc. no. 2);

2. Emergency Motion to Extend Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs (doc. no. 5);

3. Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and (II) Granting Authority to Establish the Master Service List Applicable to these Cases (doc. no. 7);

4. Emergency Motion for Order (I) Authorizing Debtors to (A) Pay Prepetition Wages and Salaries to Employees and (B) Pay Prepetition Benefits and to Continue Benefit Programs in the Ordinary Course, and (II) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests (doc. no. 9);

5. Emergency Motion for Entry of an Order Authorizing Maintenance of Insurance Policies and Payment of Insurance Premiums and Related Obligations (doc. no. 10);

6. Emergency Motion For an Order (i) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Foreign Venders, Service Providers and Governments, and Certain Critical Vendors, and (ii) Authorizing Financial Institutions to Honor all Related Checks and Electronic Payment Requests (doc. no. 11);

7. Emergency Motion for an Order (i) Authorizing Continued Use of Existing Business Forms and Records; (ii) Authorizing Maintenance of Existing Corporate Bank Accounts and Cash Management System; and (iii) Waiving the Requirements of 11 U.S.C. § 345(b) (doc. no. 12); and

8. Emergency Motion for an Order, Pursuant to Bankruptcy Code §§ 105, 361, 362, and 363 and Bankruptcy Rules 2002, 4001, and 9014, (i) Authorizing the Debtors to Use Cash Collateral of Existing Secured Lenders, (ii) Granting Adequate Protection for the Use Thereof, and (iii) Scheduling a Final Hearing (doc. no. 13).

PLEASE TAKE FURTHER NOTICE that if you wish to obtain any of the above-listed First Day Motions, please contact Chrystal Szeto, 225 Asylum Street, Suite 2600, Hartford, Connecticut 06103-1516, Telephone: 860.947.9000, Email: Chrystal.Szeto@bgllp.com.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: */s/ Jason G. Cohen*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile:  (713) 221-1212

-and-

Evan Flaschen
Conn. Bar No. 304232
Evan.Flaschen@bgllp.com
Ilia M. O'Hearn
Conn. Bar No. 423613
Ilia.OHearn@bgllp.com
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile:  (860) 246-3201

**PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 8, 2011, a true and correct copy of this document was served on all parties on the attached master service list by facsimile as indicated.

*/s/ Jason G. Cohen*
Jason G. Cohen