| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 11-35926 |
|---|---|---|---|
| Debtor | In Re: | Omega Navigation Enterprises, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___Connecticut___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Evan D. Flaschen<br>Bracewell & Giuliani LLP<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06103<br>860-947-9000<br>CT 304232 |

Seeks to appear as the attorney for this party:

Omega Navigation Enterprises, Inc., et al.

Dated: 7/8/2011   Signed: /s/ Evan D. Flaschen

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:   Signed: _____
                 Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____   _____
                        United States Bankruptcy Judge