UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 11-35926 |
|---|---|---|---|
| Debtor | In Re: | Omega Navigation Enterprises, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| | |
|---|---|
| Name | Scott Greissman |
| Firm | White & Case LLP |
| Street | 1155 Avenue of the Americas |
| City & Zip Code | New York, New York 10036 |
| Telephone | (212) 819-8200 |
| Licensed: State & Number | New York, 2663011 |

Seeks to appear as the attorney for this party:

HSH Nordbank AG, as Agent

Dated: 07/11/2011      Signed: *[signature]*

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:         Signed: _____
                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____         _____
                          United States Bankruptcy Judge