IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: § <br> § <br> OMEGA NAVIGATION ENTERPRISES, § <br> INC., et al.,[1] § <br> § <br> Debtors. § | Case No. 11-35926 <br><br> Joint Administration Requested <br> Chapter 11 |

# HEARING AGENDA FOR JULY 11, 2011

Hearing Date/Time:   **July 11, 2011 at 12:00 p.m. (CST)**

Hearing Location:   United States Bankruptcy Court for the Southern District of Texas
515 Rusk Street
Courtroom No.403
Houston, Texas 77002

    1.    Request for Emergency Consideration of Certain "First Day" Matters (doc. no. 14);

    **Time:** 5 Minutes

    **Contested:** No

    **Related Documents:**   None

    **Status:**   Going Forward

    2.    Emergency Motion Pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases (doc. no. 2);

    **Time:** 5 Minutes

    **Contested:** No

    **Related Documents:**   None

    **Status:**   Going Forward

---

[1] The Debtors in these chapter 11 cases are Omega Navigation Enterprises, Inc.; Galveston Navigation Inc.; Beaumont Navigation Inc.; Carrolton Navigation Inc.; Decatur Navigation Inc.; Elgin Navigation Inc.; Fulton Navigation Inc.; Orange Navigation Inc.; Baytown Navigation Inc.; and Omega Navigation (USA) LLC.

3.      Notice of Designation as Complex Chapter 11 Bankruptcy Cases (doc. no. 3);

**Time:** 5 Minutes

**Contested:** No

**Related Documents:**     None

**Status:** Going Forward

4.      Emergency Motion to Extend Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs (doc. no. 5);

**Time:** 5 Minutes

**Contested:** No

**Related Documents:**     None

**Status:** Going Forward.   Agreement reached with U.S. Trustee

5.      Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and (II) Granting Authority to Establish the Master Service List Applicable to these Cases (doc. no. 7);

**Time:** 5 Minutes

**Contested:** No

**Related Documents:**     None

**Status:** Going Forward

6.      Emergency Motion for Order (I) Authorizing Debtors to (A) Pay Prepetition Wages and Salaries to Employees and (B) Pay Prepetition Benefits and to Continue Benefit Programs in the Ordinary Course, and (II) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests (doc. no. 9);

**Time:** 10 Minutes

**Contested:** No

**Related Documents:**     Omnibus Preliminary Response and Reservation of Rights of HSH Nordbank AG, as Senior Facilities Agent, to Certain of the Debtors' First-Day Motions (Docket No. 23)

**Status:** Going Forward

7.   **Emergency Motion for Entry of an Order Authorizing Maintenance of Insurance Policies and Payment of Insurance Premiums and Related Obligations (doc. no. 10);**

**Time:** 10 Minutes

**Contested:** No

**Related Documents:** Omnibus Preliminary Response and Reservation of Rights of HSH Nordbank AG, as Senior Facilities Agent, to Certain of the Debtors' First-Day Motions (Docket No. 23)

**Status:** Going Forward

8.   **Emergency Motion For an Order (i) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Foreign Venders, Service Providers and Governments, and Certain Critical Vendors, and (ii) Authorizing Financial Institutions to Honor all Related Checks and Electronic Payment Requests (doc. no. 11);**

**Time:** 10 Minutes

**Contested:** No

**Related Documents:** Omnibus Preliminary Response and Reservation of Rights of HSH Nordbank AG, as Senior Facilities Agent, to Certain of the Debtors' First-Day Motions (Docket No. 23)

**Status:** Going Forward

9.   **Emergency Motion for an Order (i) Authorizing Continued Use of Existing Business Forms and Records; (ii) Authorizing Maintenance of Existing Corporate Bank Accounts and Cash Management System; and (iii) Waiving the Requirements of 11 U.S.C. § 345(b) (doc. no. 12);**

**Time:** 5 Minutes

**Contested:** Yes, Informal Objection by U.S. Trustee

**Related Documents:** Omnibus Preliminary Response and Reservation of Rights of HSH Nordbank AG, as Senior Facilities Agent, to Certain of the Debtors' First-Day Motions (Docket No. 23)

**Status:** Passing to final hearing based on agreement of U.S. Trustee

**10.** **Emergency Motion for an Order, Pursuant to Bankruptcy Code §§ 105, 361, 362, and 363 and Bankruptcy Rules 2002, 4001, and 9014, (i) Authorizing the Debtors to Use Cash Collateral of Existing Secured Lenders, (ii) Granting Adequate Protection for the Use Thereof, and (iii) Scheduling a Final Hearing (doc. no. 13);**

**Time:** One hour

**Contested:** Yes

**Related Documents:** Objection of HSH Nordbank AG, as Senior Facilities Agent to the Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Bankruptcy Rules 2002, 4001, and 9014 (i) Authorizing the Debtors to Use Cash Collateral of Existing Secured Lenders, (ii) Granting Adequate Protection for Use Thereof, and (iii) Schedule Final Hearing (Docket No. 22)

**Status:** Going Forward

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: _/s/ Jason G. Cohen_
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

-and-

-5-

        Evan Flaschen
        Conn. Bar No. 304232
        Evan.Flaschen@bgllp.com
        Ilia M. O'Hearn
        Conn. Bar No. 423613
        Ilia.OHearn@bgllp.com
        Goodwin Square
        225 Asylum Street, Suite 2600
        Hartford, CT 06103
        Telephone: (860) 947-9000
        Facsimile:  (860) 246-3201

**PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**