

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/11/2011

| | | |
|---|---|---|
| In Re: § § | | |
| OMEGA NAVIGATION ENTERPRISES, INC., et al.,[1] § § § | Case No. [11-    ] | |
| Debtors. § § | Joint Administration Requested Chapter 11 | |

### ORDER GRANTING DEBTORS' EMERGENCY MOTION (I) AUTHORIZING DEBTORS TO (A) PAY PREPETITION WAGES AND SALARIES TO EMPLOYEES AND (B) PAY PREPETITION BENEFITS AND TO CONTINUE BENEFIT PROGRAMS IN THE ORDINARY COURSE, AND (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR ALL RELATED CHECKS AND ELECTRONIC PAYMENT REQUESTS

Upon consideration of the Emergency Motion for Order (I) Authorizing Debtors to (A) Pay Prepetition Wages and Salaries to Employees and (B) Pay Prepetition Benefits and to Continue Benefit Programs in the Ordinary Course and (II) Authorizing Financial Institutions to Honor all Related Checks and Electronic Payment Requests (the "Motion"),[2] filed by the above-captioned debtors (the "Debtors"), the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties-in-interest; (iv) proper and adequate notice of the Motion and hearing on the Motion has been given and that no other or further notice is necessary under the circumstances; (v) the relief granted in this Order is necessary to avoid immediate and irreparable harm to these estates; and (vi) good and sufficient

---

[1] The Debtors in these chapter 11 cases are Omega Navigation Enterprises, Inc.; Galveston Navigation Inc.; Beaumont Navigation Inc.; Carrolton Navigation Inc.; Decatur Navigation Inc.; Elgin Navigation Inc.; Fulton Navigation Inc.; Orange Navigation Inc.; Baytown Navigation Inc.; and Omega Navigation (USA) LLC.

cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore, it is hereby

ORDERED that the Motion is GRANTED as provided herein; and it is further

ORDERED that the Debtors are authorized to pay prepetition Employee Claims and other employee benefits as outlined in the Motion; and it is further

ORDERED that, to the extent of funds on deposit, all applicable banks and other financial institutions are directed to receive, process, honor and pay all checks presented for payment and to honor all funds transfer requests made by the Debtors relating to the Employee Claims, whether such checks were presented or fund transfer requests were submitted prior to or after the Petition Date; provided, however, that such checks or electronic transfers are identified by the Debtor as relating to the authorized payment of Employee Claims. Further, the Debtors may issue postpetition checks, or effect postpetition funds transfer requests that may be dishonored or rejected as a result of the commencement of the Debtors' chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: 7-11-11

UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Motion.