

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/12/2011

| | | |
|---|---|---|
| In Re: | § § § | |
| OMEGA NAVIGATION ENTERPRISES, INC., et al.,[1] | § § § | Case No. [11-     ] |
| | § | Joint Administration Requested |
| Debtors. | § § | Chapter 11 |

### ORDER GRANTING CHAPTER 11 COMPLEX CASE TREATMENT

The above titled jointly administered cases were filed on July 8, 2011. A Notice of Designation as Complex Chapter 11 Bankruptcy Cases was filed in the Debtors' lowest numbered case, Baytown Navigation, Inc.; case no. 11-35926. After review of the initial pleadings filed, the Court concludes that the cases appear to be complex chapter 11 cases. Accordingly,

IT IS ORDERED:

1. The Court sets __MONDAY__ weekly ~~of [each week], [every other week], [each month]~~ at __8:00__ ~~am~~/pm as the pre-set hearing day and time for hearing all motions and other matters in these cases. The Court sets the following dates and times for the next two months as the pre-set hearing date and time for hearing all motions and other matters in these cases_____

_____. Settings for the following months will be published by the Court no later than 30 days prior to the first

---

[1] The Debtors in these chapter 11 cases are Omega Navigation Enterprises, Inc.; Galveston Navigation Inc.; Beaumont Navigation Inc.; Carrolton Navigation Inc.; Decatur Navigation Inc.; Elgin Navigation Inc.; Fulton Navigation Inc.; Orange Navigation Inc.; Baytown Navigation Inc.; and Omega Navigation (USA) LLC.

HOUSTON\3819085.1

hearing date in the said following months. (There may be exceptions; those exceptions will be noted on the court's internet schedule, available at www.txsb.uscourts.gov.)

    (a)    All motions and other matters requiring hearing, but not requiring expedited or emergency hearing, shall be noticed for hearing, on the next hearing day that is at least 23 days after the notice is mailed. As a preface, just below the case caption, each pleading shall state:

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON _____ AT \_\_\_\_\_ AM/PM IN COURTROOM 403, UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, 515 RUSK AVENUE, HOUSTON, TX 77002. IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-THREE DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

    (b)    All motions and other matters requiring expedited or emergency hearing shall comply with the usual Court requirements for explanation and verification of the need for emergency or expedited hearing. Specifically, if a party in interest has a situation that it believes requires consideration on less than 23-days' notice, or an emergency that it believes requires consideration on less than 5 business days' notice, then the party should file and serve a separate, written motion for expedited hearing, with respect to the underlying motion. The court will make its best effort to rule on the motion for expedited or emergency hearing within 24 hours of the time it is presented. If the court grants the motion for expedited or emergency hearing, the underlying motion will be set by the courtroom deputy at the next available pre-set hearing day or at some other appropriate shortened date approved by the Court. The party requesting the hearing shall be responsible for providing proper notice in accordance with this order and the Bankruptcy Code and Rules.

    2.    Emergency and expedited hearings (and other hearings in limited circumstances) in these cases may be conducted by telephone or, where available, video. Parties may call the

HOUSTON\3819085.1     -2-

meet-me-line, 713-250-5622, with or without advance notice to the Court for any pre-set hearing scheduled in these chapter 11 cases.

3. If a matter is properly noticed for hearing and the parties reach a settlement of the dispute prior to the final hearing, the parties may announce the settlement at the scheduled hearing. If the court determines that the notice of the dispute and the hearing is adequate notice of the effects of the settlement, (i.e., that the terms of the settlement are not materially different from what parties in interest could have expected if the dispute were fully litigated) the court may approve the settlement at the hearing without further notice of the terms of the settlement.

4. The Debtors shall give notice of this order to all parties in interest within 7 days. If any party in interest, at any time, objects to the provisions of this order, that party shall file a motion articulating the objection and the relief requested. After hearing the objection and any responses the court may reconsider any part of this order and may grant relief, if appropriate.

Dated: 7-11-11

KAREN BROWN
UNITED STATES BANKRUPTCY JUDGE

HOUSTON\3819085.1                            -3-