

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

ENTERED
07/18/2011

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **OMEGA NAVIGATION ENTERPRISES, INC.;** § | Case No. 11-35927 | |
| § | | |
| **GALVESTON NAVIGATION INC.;** § | Case No. 11-35928 | |
| § | | |
| **BEAUMONT NAVIGATION INC.;** § | Case No. 11-35930 | |
| § | | |
| **CARROLTON NAVIGATION INC.;** § | Case No. 11-35931 | |
| § | | |
| **DECATUR NAVIGATION INC.;** § | Case No. 11-35933 | |
| § | | |
| **ELGIN NAVIGATION INC.;** § | Case No. 11-35934 | |
| § | | |
| **FULTON NAVIGATION INC.;** § | Case No. 11-35936 | |
| § | | |
| **ORANGE NAVIGATION INC.;** § | Case No. 11-35937 | |
| § | | |
| **BAYTOWN NAVIGATION INC.;** § | Case No. 11-35926 | |
| § | | |
| **OMEGA NAVIGATION (USA) LLC.** § | Case No. 11-35938 | |
| § | | |
| Debtors. § | Chapter 11 | |

## ORDER GRANTING DEBTORS' MOTION FOR JOINT ADMINISTRATION

Upon consideration of the motion (the "Motion") of the Debtors for an order directing joint administration of their Chapter 11 cases, the court orders that the above referenced cases are jointly administered. Additionally the following checked items are ORDERED:

1. **X**   One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

2. **X**   The following Case Numbers shall be transferred to Judge Karen Brown, who has the lowest numbered case: 11-35927; 11-35928; 11-35930; 11-35931; 11-35933; 11-35934; 11-35936; 11-35937; 11-35938.

HOUSTON\3416547.1

3. **X**   Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. **X**   Other: see below.

It is further,

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that all capitalized terms not defined herein shall have the meaning given to them in the Motion; and it is further

ORDERED that the above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court in accordance with the provisions of Bankruptcy Rules 1015 and Local Rule 1015; and it is further

ORDERED that one docket shall be maintained for the Debtors' cases under the case number assigned to Baytown Navigation Inc.; and it is further

ORDERED that the caption of the cases shall be modified to reflect the joint administration of these chapter 11 cases as follows:

| In Re:                          | § |                                         |
|---------------------------------|---|-----------------------------------------|
| **BAYTOWN NAVIGATION INC., et al.**,[1] | § | Case No. 11-35926                       |
|                                 | § |                                         |
|                                 | § | **Jointly Administered**                |
| **Debtors.**                    | § | **Chapter 11**                          |

; and it is further

ORDERED that a notation substantially similar to the following notation shall be entered on the docket of each of the Debtors' cases to reflect joint administration of these cases:

---

[1] The Debtors in these chapter 11 cases are Omega Navigation Enterprises, Inc.; Galveston Navigation Inc.; Beaumont Navigation Inc.; Carrolton Navigation Inc.; Decatur Navigation Inc.; Elgin Navigation Inc.; Fulton Navigation Inc.; Orange Navigation Inc.; Baytown Navigation Inc.; and Omega Navigation (USA) LLC.

An order has been entered in this case directing joint administration of this case for procedural purposes with the Chapter 11 bankruptcy case of Baytown Navigation Inc. Case No. 11-35926 . The docket for Baytown Navigation Inc., should be consulted for all matters affecting this case.

; and it is further

ORDERED that the United States Trustee may conduct joint informal meetings with the Debtors, as required, and a joint first meeting of creditors, if required; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the Debtors shall file separate Schedules of Assets and Liabilities and Statements of Financial Affairs, and, as applicable, Lists of Equity Security Holders; and it is further

ORDERED that a separate claims register shall be maintained for each Debtor; and it is further

ORDERED that the Debtors may file the monthly operating reports required by the United States Trustee on a consolidated basis in a format acceptable to the U.S. Trustee; and it is further

ORDERED that the Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: 7-18-11

_____
UNITED STATES BANKRUPTCY JUDGE