IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ENTERED
08/11/2011

| | |
|---|---|
| IN RE ) | |
| ) | |
| BAYTOWN NAVIGATION, INC. ET AL., ) | CASE NO. 11-35926-H3-11 |
| ) | |
| Debtors, ) | (JOINTLY ADMINISTERED) |
| ) | |

### ORDER

Pursuant to Bankruptcy Local Rule 1014-1, the "Emergency Motion to Reconsider Order of Recusal" (Docket No. 119) and the "Motion for Emergency Hearing on Debtors' Emergency Motion to Reconsider Order of Recusal" (Docket No. 120) are transferred to Judge Karen K. Brown for resolution.

SO ORDERED.

Signed at Houston, Texas on this _____ day of _____, 2011.

AUG 1 1 2011

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE