UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: § CASE NO. 11-35926-H5-11
 §
BAYTOWN NAVIGATION, INC.[1] § CHAPTER 11
 § JOINTLY ADMINISTERED
DEBTOR IN POSSESSION §

NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST"), through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. Adriadne Thalassi
   Ulysses Systems (UK) LTD; 98 Rosebury Avenue; London, UK, ECIR4TL
   Telephone: +44 7990 571374, Facsimile: +44 20 7278 0163.
   Athalassi@ulysses-systems.com.

2. Galvin R. Black, Chairman
   Moran Shipping Agencies, Inc.; 106 Francis St., Providence, RI 02903.
   Telephone: (401) 941-7200, Facsimile: (401) 941-6370.
   Gblack@moranshipping.com

3. Pu Hongbin
   COSCO (Shanghai) Shipyard Co. LTD; 2600 Longwu Road, Shanghai 2000231, China.
   Telephone: 137 6430 4780, Facsimile: (86) 21 5879 6900.
   Puhong@cosco-shipyard.com
   c/o R. Barry McCormic, H&Y Law Firm, China Merchants Tower, 27F
   161 Lujiazui Road, Shanghai, 200120 China.
   Melody@handylawfirm.com

---

[1] The Debtors in these jointly administered chapter 11 cases are: Omega Navigation Enterprises, Inc., Bankruptcy Case Number 11-35927; Galveston Navigation Inc., Bankruptcy Case Number 11-35928; Beaumont Navigation Inc., Bankruptcy Case Number 11-35930; Carrolton Navigation Inc., Bankruptcy Case Number 11-35931; Decatur Navigation Inc., Bankruptcy Case Number 11-35933; Elgin Navigation Inc., Bankruptcy Case Number 11-35934; Fulton Navigation Inc., Bankruptcy Case Number 11-35936; Orange Navigation Inc., Bankruptcy Case Number 11-35937; Baytown Navigation Inc., Bankruptcy Case Number 11-35926 ; and Omega Navigation (USA) LLC., Bankruptcy Case Number 11-35938.

Alternate, non-voting member:

4.  Erwin Soeters
    Chugoku Paints Ltd; Sluisweg 12, P.O. Box 73, 4793 Zh, Fijanart, Holland, Netherlands
    Telephone: 0031 167 526100, Facsimile: 0031 167 522059
    E.Soeters@cmpeurope.eu

        Respectfully submitted,

        JUDY A. ROBBINS
        UNITED STATES TRUSTEE

        By:   /s/ Christine A. March
        Christine A. March
        Texas Bar No. 12968020
        515 Rusk, Suite 3516
        Houston, TX 77002
        Telephone:  (713) 718-4650 Ext. 239
        Facsimile:  (713) 718-4670
        Christine.a.march@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served by ECF Transmission, by United States Mail, first class, postage paid or by e-mail as noted below, to those persons listed below at the addresses listed below on this the 11 day of August, 2011.

        /s/Christine A. March
        Christine A. March
        Attorney for the United States Trustee

**DEBTOR**:
Baytown Navigation Inc.
61. Vasilisis Sofias Avenue
115 21 Athens
Greece

**DEBTOR'S COUNSEL**:
Evan D Flaschen
Bracewell & Giuliani LLP
One Goodwin Square
225 Asylum Street 26th Floor
Hartford, CT 06103
evan.flaschen@bgllp.com

Jason Gary Cohen
Bracewell & Giuliani LLP
711 Louisiana St., Ste2300
Houston, TX 77002
jason.cohen@bgllp.com

William Alfred Wood, III
Bracewell & Giuliani LLP
711 Louisiana St.  Ste 2300
Houston, TX 77002-2781
Trey.Wood@bgllp.com

**CREDITOR COMMITTEE MEMBERS**:
Adriadne Thalassi
Ulysses Systems (UK) LTD
98 Rosebury Avenue
London, UK, ECIR4TL
Athalassi@ulysses-systems.com.

Galvin R. Black
Moran Shipping Agencies, Inc.
106 Francis St.,
Providence, RI 02903
Gblack@moranshipping.com

Pu Hongbin
COSCO (Shanghai) Shipyard Co. LTD.
2600 Longwu Road
Shanghai 2000231, China
Puhong@cosco-shipyard.com

c/o R. Barry McCormic, H&Y Law Firm,
China Merchants Tower, 27F
161 Lujiazui Road
Shanghai, 200120 China.
Melody@handylawfirm.com

Erwin Soeters
Chugoku Paints Ltd
Sluisweg 12, P.O. Box 73
4793 Zh
Fijanart, Holland
Netherlands
E.Soeters@cmpeurope.eu

**30 LARGEST UNSECURED CREDITORS**

Ernst & Young (Hellas) S.A.
11 Th Km National Road Athens
Lamia, GR 14451
Metamorfosis, Athens
Greece

Baluco S.A.
182 Androutsou Street
18535 Piraeus
Greece
balucosa@baluco.com

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
whaft@orrick.com

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
sknyc@sewkis.com

American Bureau of Shipping
Airport Corporate Center
7677 Oakport Street, Suite 850
Oakland, CA 94621

Inchape Shipping Services
11 North Water St., Suite 9290
Mobile, Alabama

Cosmos Marine Management S.A.
74 Epaminodas Str.
17674 Kallithea
Greece

Saacke GMBH
Sudweststrabe 13
28237 Bremen
Germany
info@saacke.de

Gulf Marine& Industrial Supplies Inc.
5501 Jefferson Hwy., Suite 116
New Orleans, LA 70123
info@gulfmarinespares.com

Gulf Marine & Industrial Supplies (Hellas) Inc.
80 Broad Street
Monrovia, Liberia

The International Association of Independent Tankers Owners
Nedre Vollgate 4, P.O. Box 761
Sentrum N-0106
Olso, Norway

O'Briesn Response Management Inc.
2929 E. Imperial Hwy., Suite 290
Brea, California  92821

Tuzla Shipyard
Evliya Celebi Mahallesi Tersaneler
Caddesi, Turkey

Amphitron-Group of Companies
7 Magalou Alexandrou & Kariskaki Street 164
52 Argyroupolis
Greece
info@amphitrion.gr

Hill Dickinson Llp
Irongate House
Duke's Place
London EC3A 7Hx
Andrew.Johnson@hilldickinson.com

Maersk Broker K/S
1 Midtermolen
Dk-2100 Copenhagen
Denmark
accounting.dk@maerskbroker.com

Vanos S.A.
Dhm. Mitsopoulou 96 & Serifou Tk
18541 Piraeus
Greece
info@vanos.gr

Lloyds Register Inspection Limited
71 Fenchurch Street, EC3M BS
London, UK

Capital Link Inc.
230 Park Ave., Suite 1536
New York, NY 10169
ebej@capitallink.com

Associated Marine Adjusters
Merarchias 2,
185
35 Piraeus
Greece

Stavros Kassidiaris S.A.
Aghialou 97 & Egaleo 73
18544 Pireaus
Greece

Atkina Travel
26 Filellinon Street 105
58 Athens
Greece
info@aktinatravel.gr

Aalborg Industries A/S
Gasvaerkvej 24, P.O. Box 844
9100 Aalborg
Denmark

V Ships UK Ltd
Skypark
8 Elliot Place
Glasgow G3 8EP
UK

Jotun Paints Europe Ltd
Stather Road,  Flixborough
 North Lincolnshire
DN15 8RR
UK

Maymar Marine Supply
308 Delmas Ave.
P.O. Box 351
Pascagoula, MS 39567
maymarmarine@bellsouth.net