IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § § | | |
| BAYTOWN NAVIGATION INC., et al.,[1] § § § | Case No. 11-35926 | |
| Debtors. § | Jointly Administered | |

## HEARING AGENDA FOR OCTOBER 3, 2011

Hearing Date/Time:  **October 3, 2011 at 2:00 p.m. (CST)**

Hearing Location:  United States Bankruptcy Court for the Southern District of Texas
515 Rusk Street
Courtroom No. 403
Houston, Texas 77002

**1.  Senior Facilities Agent's Emergency Motion Pursuant to 11 U.S.C. § 362(d) for Relief from the Automatic Stay for the Limited Purpose of Serving English Litigation [Docket No. 252] (continued from September 26, 2011).**

**Time:** 5 minutes

**Contested:** Yes

**Related Documents:**  Debtors' Objection to Senior Facilities Agent's Emergency Motion for Relief from the Automatic Stay [Docket No. 284].

**Status:**  Going Forward

**2.  Application for Order Authorizing Employment of Winston & Strawn LLP as Counsel to the Official Committee of Unsecured Creditors [Docket No. 213]**

**Time:** 15 minutes

**Contested:** Yes

---

[1] The Debtors in these chapter 11 cases are Baytown Navigation Inc.; Omega Navigation Enterprises, Inc.; Galveston Navigation Inc.; Beaumont Navigation Inc.; Carrolton Navigation Inc.; Decatur Navigation Inc.; Elgin Navigation Inc.; Fulton Navigation Inc.; Orange Navigation Inc.; and Omega Navigation (USA) LLC.

HOUSTON\3858987.2

**Related Documents:**  Objection of the Debtors to the Applications to Employ (A) Jager Smith, P.C., as Counsel to the Committee; (B) Winston & Strawn LLP as Counsel to the Committee; and (C) First International Corporation as Financial Advisor to the Committee [Docket No. 285]

**Status:**  Going Forward

3.  **Application for Order Authorizing Employment of Jager Smith P.C., as Counsel to The Official Committee of Unsecured Creditors [Docket No. 215]**

**Time:** 15 minutes

**Contested:** Yes

**Related Documents:** Objection of the Debtors to the Applications to Employ (A) Jager Smith P.C., as Counsel to the Committee; (B) Winston & Strawn LLP as Counsel to the Committee; and (C) First International Corporation as Financial Advisor to the Committee [Docket No. 285]

**Status:**  Going Forward

4.  **Application for Order Authorizing Employment of First International Corporation as Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 217]**

**Time:** 15 minutes

**Contested:** Yes

**Related Documents:** Objection of the Debtors to the Applications to Employ (A) Jager Smith P.C., as Counsel to the Committee; (B) Winston & Strawn LLP as Counsel to the Committee; and (C) First International Corporation as Financial Advisor to the Committee [Docket No. 285]

**Status:**  Going Forward

5.  **Motion of the Debtors Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Bankruptcy Rules 2002, 4001, and 9014 (I) Authorizing the Debtors to Continue to Use Cash Collateral of Existing Secured Lenders; and (II) Granting Adequate Protection for Use Thereof [Docket No. 260]**

**Time:**  1 hour

**Contested:** Yes

**Related Documents:**

Notice of Amended Exhibit A (Cash Collateral Budget) to the Debtors' Motion for an Order (I) Authorizing the Debtors to Continue to Use Cash Collateral of Existing Secured Lenders; and (II) Granting Adequate Protection for Use Thereof [Docket No. 294];

HSH Nordbank AG, as Senior Facilities Agent's (A) Limited Objection to the Motion of the Debtors Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Bankruptcy Rules 2002, 4001, and 9014 (I) Authorizing the Debtors to Continue to Use Cash Collateral of Existing Secured Lenders; and (II) Granting Adequate Protection for Use Thereof and (B) Continued Request for Adequate Protection Pursuant to 11 U.S.C. § 363(e) [Docket No. 299];

NIBC Bank N.V.'s and BTMU Capital Corporation's Limited Objection to the Motion of the Debtors Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Bankruptcy Rules 2002, 4001, and 9014 (I) Authorizing the Debtors to Continue to Use Cash Collateral of Existing Secured Lenders; and (II) Granting Adequate Protection for Use Thereof [Docket No. 300]; and

Debtors' Response to Objections of Senior Facilities Agent and Junior Lenders to Debtors' Continued Use of Cash Collateral [Docket No. 303].

**Status:**  Going Forward

       Respectfully submitted,

       **BRACEWELL & GIULIANI LLP**

       By:  */s/ William A. (Trey) Wood III*
            William A. (Trey) Wood III
            Texas Bar No. 21916050
            Trey.Wood@bgllp.com
            Jason G. Cohen
            Texas Bar No. 24050435
            Jason.Cohen@bgllp.com
            711 Louisiana, Suite 2300
            Houston, Texas 77002
            Telephone: (713) 223-2300
            Facsimile:  (713) 221-1212

       -and-

                                                  Evan Flaschen
                                                  Conn. Bar No. 304232
                                                  Evan.Flaschen@bgllp.com
                                                  Ilia M. O'Hearn
                                                  Conn. Bar No. 423613
                                                  Ilia.OHearn@bgllp.com
                                                  Goodwin Square
                                                  225 Asylum Street, Suite 2600
                                                  Hartford, CT 06103
                                                  Telephone: (860) 947-9000
                                                  Facsimile:  (860) 246-3201

**COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on October 3, 2011, a true and correct copy of the foregoing was served on all parties receiving electronic notice via the Court's ECF noticing system.

                                                */s/ Jason G. Cohen*
                                                     Jason G. Cohen